**Angela MACK, individually and on behalf of all others similarly situated, Plaintiff/Appellant,**

v.

**THE EASON LAW FIRM, LLC f/k/a Eason & Voytas, LLC, James Eason, and Richard Voytas, Defendants/Respondents.**

ED 102942

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: November 17, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
January 4, 2016

Application for Transfer Denied
March 1, 2016

Dennis J. Barton III, 17600 Chesterfield Airport Road, Suite 201, Chesterfield, MO 63005, for Plaintiff/Appellant.

Brent W. Baldwin, Michael B. Flynn, 100 N. Broadway, Suite 1580, St. Louis, MO 63102, for Defendant/Respondent Eason Law Firm.

Kenneth K. Vuylsteke, 110 E. Lockwood Avenue #150, St. Louis, MO 63119, for Defendant/Respondent James Eason.

John S. Sandberg, Aaron D. French, 600 Washington Avenue, 15th Floor, St. Louis, MO 63101, for Defendant/Respondent Richard Voytas.

Before Lisa S. Van Amburg, C.J., Sherri B. Sullivan, J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM.

Angela Mack, individually and on behalf of all others similarly situated (Appellant), appeals from the trial court's order denying her Amended Motion for Class Certification. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court did not abuse its discretion in denying Appellant class certification. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).